```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------  X
                                                                          :
UNITED STATES OF AMERICA                                                  :
                                                                          :
            -v-                                                           :    17 Cr. 312 (JPC)
                                                                          :
ALFRED PABON,                                                             :    ORDER
                                                                          :
                        Defendant.                                        :
                                                                          :
------------------------------------------------------------------------  X
```

JOHN P. CRONAN, United States District Judge:

On January 26, 2021, Defendant, proceeding *pro se*, filed an emergency motion for compassionate release. (Dkt. 53.) On January 29, 2021, the undersigned was reassigned to this case. (Dkt. 54.)

The Government is hereby ORDERED to file a response to Defendant's motion by February 5, 2021. Defendant shall file any reply by February 12, 2021.

The Clerk of Court is respectfully directed to mail Defendant a copy of this Order.

SO ORDERED.

Dated: January 29, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge