

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 5, 2021

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Alfred Pabon*, 17 Cr. 312 (JPC)

Dear Judge Cronan:

      The Government respectfully submits this letter to seek leave of the Court to file its opposition to the defendant's motion for compassionate release with limited redactions. The Government respectfully submits that the proposed redactions in its opposition are narrowly tailored to protect the identities of certain victims of the defendant's conduct and are otherwise consistent with the presumption in favor of public access to judicial documents. *See United States v. Amodeo*, 71 F.3d 1044 (2d Cir. 1995). The Government further notes that the proposed redactions in the Government's opposition are consistent with those included in the Government's October 11, 2018 sentencing submission. (Dkt. 29).

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: s/
    Lara Pomerantz
    Assistant United States Attorney
    (212) 637-2343

This request is GRANTED.

SO ORDERED.
Date: February 5, 2021
      New York, New York

JOHN P. CRONAN
United States District Judge