```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
                                                                  :
                -v-                                               :    17 Cr. 312 (JPC)
                                                                  :
ALFRED PABON,                                                     :         ORDER
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      On February 18, 2021, the Court granted Defendant an extension of the deadline to file his reply brief and ordered Defendant to file any reply by March 19, 2021.  Dkt. 63.  Neither the Clerk's Office nor the Court received a reply or any other communication from Defendant.  The Court therefore will not reconsider its Memorandum Opinion and Order dated February 16, 2021 in which the Court denied Defendant's motion for compassionate release.  Dkt. 60.

      The Clerk of Court is respectfully directed to mail Defendant a copy of this Order.

      SO ORDERED.

Dated: April 14, 2021
       New York, New York
                                            _____
                                                   JOHN P. CRONAN
                                              United States District Judge