

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 18, 2026

**BY ECF & EMAIL**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> Re:    ***United States v. Alfred Pabon*, 17 Cr. 312 (JPC)**

Dear Judge Cronan:

The parties respectfully write to request an adjournment of the June 22, 2026 status conference in order to permit the parties to continue discussing a potential resolution of this case. In addition, the Government understands that the U.S. Probation Office intends to amend the April 30, 2026 Violation Report to correct the dates and location alleged in the specifications.

As such, the parties respectfully request an adjournment of the June 22, 2026 status conference to one of the following dates:  July 9, July 13, July 27, or July 29.  This is the first request for adjournment of this conference.

The request is granted.  The status conference scheduled for June 22, 2026, will instead take place on July 9, 2026, at 2:00 p.m. in Courtroom 12D of 500 Pearl Street, New York, New York 10007.  The Clerk of Court is respectfully directed to close Docket Number 75.

SO ORDERED.
June 18, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

Jointly submitted,

JAY CLAYTON
United States Attorney

By:  Samantha Fry
Samantha Fry
Assistant United States Attorney
Southern District of New York
(212) 637-2490
samantha.fry@usdoj.gov

cc:  Andrew Patel, Esq. (by ECF)
    U.S. Probation Specialist Hildery Huffman (by email)
    U.S. Probation Specialist Pierre Reyes (by email)