**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 8, 2026

**BY ECF & EMAIL**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**Re: *United States v. Alfred Pabon*, 17 Cr. 312 (JPC)**

Dear Judge Cronan:

The parties respectfully write to request an adjournment of the July 9, 2026 status conference to July 28 or July 29, 2026. The purpose of the requested adjournment is to allow the defense time to evaluate the Complaint filed today against Mr. Pabon in *United States v. Alfred Pabon*, 26 Mag. 2707, and for the parties to discuss a possible resolution of this matter. This is the second request for adjournment of this conference. The first request was granted by the Court on June 18, 2026. *See* ECF No. 76.

Jointly submitted,

JAY CLAYTON
United States Attorney

By: ______________________
Samantha Fry
Assistant United States Attorney
Southern District of New York
(212) 637-2490
samantha.fry@usdoj.gov

cc: Andrew Patel, Esq. (by ECF)
U.S. Probation Specialist Hildery Huffman (by email)
U.S. Probation Specialist Pierre Reyes (by email)

The request is granted. The status conference scheduled for July 9, 2026, is adjourned to August 6, 2026, at 3:00 p.m. in Courtroom 12D of 500 Pearl Street, New York, NY 10007. The Clerk of Court is respectfully directed to close Docket Number 77.

SO ORDERED.
July 9, 2026
New York, New York

JOHN P. CRONAN
United States District Judge